| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>Jacob Molina | COURT CASE NUMBER<br>13-CV-1025-JTM-KGG |
|---|---|
| DEFENDANT<br>Greg Perez and Karl Timmons | TYPE OF PROCESS<br>Subpoena to A~~FILED~~t Trial |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Marlen Molina

**FILED**
U.S. District Court
DEC 3 1 2014
Clerk, U.S. District Court
By_____MM_____ Deputy Clerk

**AT**
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
9130 West Barron Road, Wichita, KS 67207

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Cheryl L. Baber
Assistant U.S. Attorney
U.S. Attorney's Office NDOK
110 W. 7th St, Ste 300
Tulsa, OK 74119-1013

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                                  Fold

Phone # - 316-440-3286 or 316-250-5632

Signature of Attorney or other Originator requesting service on behalf of:
*Cheryl L. Baber*

☐ PLAINTIFF
☒ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 918-382-2776 | 12-29-2014 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 of 4 | No. 31 | No. 31 | *Robyn D. Page* | 12/30/2014 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)* | Date of Service | Time | ☒ am ☐ pm |
|---|---|---|---|
| | 12/30/14 | 11:23 | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65 | 18mi $11.08 | $0 | $76.08 | | | |

REMARKS:  Total Charges $76.08

## INSTRUCTIONS FOR SERVICE OF
## PROCESS BY THE U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Kansas

| | |
|---|---|
| JACOB MOLINA | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   13-CV-1025-JTM-KGG |
| AGENTS GREG PEREZ AND KARL TIMMONS | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:
    Marlen Molina, 9130 West Barron Road, Wichita, KS  67207

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Wichita U.S. Courthouse<br>401 N. Market<br>Wichita, KS  67202 | Courtroom No.: 238 |
|---|---|
| | Date and Time: 01/22/2015 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    12/29/2014

*CLERK OF COURT*

                                           OR

_____         _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Defendants Greg
        Perez and Karl Timmons          , who issues or requests this subpoena, are:

Cheryl L. Baber, Assistant U.S. Attorney, U.S. Attorney's Office NDOK, 110 West 7th Street, Suite 300, Tulsa, OK 74119-1013, cheryl.baber@usdoj.gov, 918-382-2700

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Marlen Molina

on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named individual as follows: Marlen Molina

_____

_____ on *(date)* 12/30/14 ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 10.08 for travel and $ 65 for services, for a total of $76.08 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/30/14

_____
Server's signature

Jacob Hilton USM
Printed name and title

401 N. Market St. RM 207 Wichita KS 6720x
Server's address

Additional information regarding attempted service, etc.: