IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JACOB MOLINA,

        Plaintiff,

v.	Case No. 13-1025-JTM

AGENTS GREG PEREZ and
KARL TIMMONS, in their
individual capacities,

        Defendants.

## MEMORANDUM AND ORDER

Before the court are defendants' Renewed Motion for Qualified Immunity (Dkt. 96) and Motion for Judgment pursuant to Rule 50(a) (Dkt. 100). On January 26, 2015, a jury returned a verdict in favor of both defendants on all counts. Accordingly, defendants' motions are moot.

IT IS THEREFORE ORDERED this 3rd day of February, 2015, that defendants' motions (Dkts. 96 and 100) are DENIED.

                                                  s/ J. Thomas Marten
                                                  J. THOMAS MARTEN, JUDGE