**U.S. Department of Justice**
**Washington, D.C.   20530**

**Fact Witness Voucher**

| THIS IS A 4-PART FORM.   FILL OUT FORM AND PRINT 4 COPIES.   SIGN AS NEEDED AND ROUTE AS SPECIFIED BELOW. |
|---|

Page 1 of 3

Check One:  I  [✓] (was)       [  ] (was not) a United States citizen at the time of attendance
            I  [  ] (was)       [✓] (was not) a Federal Government employee at the time of attendance
            I  [  ] (Did)       [✓] (did not) receive a cash or check advance.  Total advance issued: $_____  From: _____

| Witness Name: | Marlen Edith Molinau | Court Doc. No: | 13-CV-1025-JTM |
|---|---|---|---|
| Social Security Number: | [redacted] | Case Name: | Jacion Molina v Greater Ozark, Tulsa |
| Address: | [redacted] | District: | ~~Northern District of Oklahoma~~ KANSAS |
| City: [redacted]  State: [redacted]  Zip: [redacted] | | Court Location: | ~~Tulsa, OK~~  Wichita, KS |
| Telephone No. (including area code): | | GTA   [ ] Transportation   [ ] Lodging | |

| PART I - Attendance Certification (by Government Official) (Retention of these fees is considered taxable income and reportable to IRS) | Object Class | Amounts (Dollars) (To Be completed by US Marshals) |
|---|---|---|
| A.   Attendance Fees | | |
| Deposition Dates _____ $40 @ ____ days | 1126 | |
| Grand Jury/Trial Attendance Date (Including Travel) 1-22-2015 $40 @ 1 days | 1156 | |
| Pretrial Attendance Dates (Including Travel) _____ $40 @ ____ days | 1194 | |
| Detained Dates - Citizen/Visitor In Custody _____ $40 @ ____ days | 1193 | |
| Detained Dates - Deportable Alien in Custody _____ $1 @ ____ days | 1195 | |
| | Total Fees | |

B.   Attendance Attestation: I attest that the witness named above attended in the case or matter indicated and is entitled to the statutory allowance for attendance and travel.  In proceedings before U.S. Magistrate Judges wh[ere] more than four witnesses were called, the Magistrate also attests that the approval and certificate of the Litig[ating] Trial Office were first obtained.

Signature: Cheryl Baber        Title of Authorized Government Official: AUSA        Date: 1-27-2015

This form is continued on Page 2

**Original - USMS Trial District Office**
**Copy 1 - Paying Office**
**Copy 2 - DOJ Litigating Trial Office**
**Copy  3 - Witness**
**Form OBD-3 (Revised 4-2005)**

Previous Editions are Obsolete



EXHIBIT 4

U.S. Department of Justice  
Washington, D.C.   20530

**Fact Witness Voucher**

Page 2 of 3

| PART II - Allowances | |
|---|---|
| C. Travel by Carrier (Receipts required if paid by witness)    (DO NOT claim if paid by Government)<br>   Check one          [ ] Train          [ ] Bus          [ ] Airplane | 2191 |
| D. Travel by Privately Owned Vehicle:   [ ] Auto/Truck/Van   [ ] Motorcycle   [ ] Airplane<br>   Round trip mileage _____ @ $_____ Per mile<br>   Total no. of trips . _____<br>   Less advance received $_____ | 2192 |
| E. Local Transportation & Other Expenses: *(e.g., subway, bus, taxi, tolls, all parking, etc.)*<br>*(Receipts required for parking and expenses over $25.00) (Gratuities are limited to taxi and shuttle services up to 15%)*<br><br>List (item and amount) | 2193 |
| F. Meals and Lodging:<br>   1. Travel days (½ day's M&IE per day)        @ $_____ x _____ Day(s) = $_____<br>   2. Days away from home (full day's M&IE per day)   @ $_____ x _____ Day(s) = $_____<br>   3. Actual cost of lodging, not to exceed $_____ @ $_____ x _____ Day(s) = $_____<br>      (DO NOT claim if paid by Government) (Receipts are required if paid by witness)<br>                                Less advance received  $_____ | 2194 |

G. Witness Certification:  
   I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me.   (If not a citizen, present your Alien Registration Record with this form)

_____*Marlene Molina*_____   ___*1/22/2015*___   _____  
Witness Signature                            Date                   Alien Registration

H. Claim Verification:  
   Based upon the above information and receipts furnished by the witness, I verify the above information is true and correct to the best of my knowledge.

___*[signature]*_____   Victim Witness Coordinator   *1/28/15*   Net Amount Paid  
   Signature                Title of Authorized Government Official  
Date

**PART III - Certification**

THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

_____   _____   _____  
    Signature             Title of Authorized Certifying Officer       Date

**PART IV - Disbursement**    *(For Finance Office use only)*

Accounting Classification _____

Check/Draft No. _____   Voucher No. _____

_____   _____   _____  
    Signature                Title of Disbursing Officer              Date

The Privacy Act Statement and instructions for completion of this form are contained on Page 3 of this form

Form OBD-3 (Revised 4-2005)